## STATE of Missouri, Respondent,

v.

## Kevin C. WEDEMEYER, Appellant.

### WD 79345

Missouri Court of Appeals,
Western District.

ORDER FILED: March 28, 2017

Dora Fichter, Jefferon City, MO, for respondent.

Casey A. Taylor, Columbia, MO 65203, for appellant.

Before Division Two: Cynthia L. Martin, Presiding Judge, Lisa White Hardwick, Judge and Alok Ahuja, Judge

### ORDER

Per curiam:

Kevin Wedemeyer appeals from the trial court's entry of judgment convicting him of two counts of domestic assault in the second degree. Wedemeyer asserts that the trial court abused its discretion in admitting testimony regarding prior uncharged acts of violence by Wedemeyer. Finding no error, we affirm. Rule 30.25(b).

■

## STATE of Missouri, Respondent,

v.

## Mario L. GLENN, Appellant.

### WD 79055

Missouri Court of Appeals,
Western District.

Order filed: March 28, 2017

Christine K. Lesicko, for Respondent

Mario L. Glenn, Appellant Pro-se

Before Division One: James E. Welsh, Presiding Judge, Anthony Rex Gabbert, Judge, and Edward R. Ardini, Jr., Judge

### ORDER

PER CURIAM:

Mario L. Glenn ("Glenn") appeals his convictions for one count of the class A felony of robbery in the first degree and one count of the unclassified felony of armed criminal action. Glenn was convicted following a jury trial in Jackson County, Missouri. Finding no error, we affirm. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. Missouri Supreme Court Rule 30.25(b).